**FILED**

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Case No. DA 22-0577

| | |
|---|---|
| THE FRIENDS OF LAKE FIVE, INC. | ][ |
| Appellee/Plaintiffs/Petitioners, | ][ |
| WARD E. "MICK" TALEFF, | ][ |
| Appellee/Intervenor, | ][ |
| -vs- | ][ |
| FLATHEAD COUNTY COMMISSION, and FLATHEAD COUNTY, MONTANA, | ][ |
| Appellees/Respondents, | ][ |
| -vs- | ][ |
| SUSAN DIETZ, Individually and as Trustee of the G & M TRUST, | ][ |
| Appellant/Defendant/Respondent. | ][ |

**ORDER GRANTING APPELLEE FRIENDS OF LAKE FIVE, INC.'s FIRST MOTION FOR EXTENSION OF TIME**

Pursuant to authority granted under Rule 26(1), M.R.App.P. (2021), Appellee, Friends of Lake Five, Inc.'s, Unopposed First Motion for Extension of Time is Granted and Appellee may file and serve its responsive brief on or before Monday, May1, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2023